# UNTED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLSON, on behalf of THE ESTATE OF SCOTT CHARLSON, RICHARD CHARLSON, individually, NINA CHARLSON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CARSON HELICOPTERS, INC., an Oregon Corporation; UNITED TECHNOLOGIES CORP., a Delaware Corporation; SIKORSKY AIRCRAFT CORP., a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:08-CV-02756 GB/KM<br><br>**ORDER CONTINUING HEARING ON CARSON HELICOPTER, INC.'S MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION FOR A MORE DEFINITE STATEMENT** |

## ORDER

The Court has read and considered the stipulation between the parties filed December 23, 2008 requesting that the court continue the hearing date on Carson Helicopter, Inc.'s Motion to Dismiss, Motion to Strike and Motion for a More Definite Statement.

**IT IS HEREBY ORDERED** that the January 12, 2009 hearing date for the Motion to Dismiss, Motion to Strike and Motion for a More Definite Statement is continued to February 9, 2009 at 9:00 a.m.

DATED: 1/5/09

_____
UNITED STATES DISTRICT JUDGE

---

1
PROPOSED ORDER CONTINUING HEARING DATE
U.S.D.C. Eastern District of California Case No.: 2:08-CV-02756 GB/KM

410799.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing:

1. **STIPULATION TO CONTINUE HEARING ON CARSON HELICOPTERS, INC.'S MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION FOR A MORE DEFINITE STATEMENT**

2. **ORDER CONTINUING HEARING ON CARSON HELICOPTER, INC.'S MOTION TO DISMISS, MOTION TO STRIKE, AND MOTION FOR A MORE DEFINITE STATEMENT**

was filed electronically on December 23, 2008, and will, therefore, be served electronically upon:

James W. Hunt, Esq.; Clement L. Glynn, Esq.; James M. Hanlon, Jr., Esq., Stephen Nelson; JoAnne Madden.

Executed, December 23, 2008, at San Diego, California.

    /S/ Michael B. Sayre
Michael B. Sayre
Attorney for Plaintiff
Attorneys for Plaintiffs Richard Charlson, on behalf of the Estate of Scott Charlson, Richard Charlson, individually, Nina Charlson, individually
e-mail: mbs@frantzlawgroup.com