UNTED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLSON, on behalf of THE ESTATE OF SCOTT CHARLSON, RICHARD CHARLSON, individually, NINA CHARLSON, individually,<br><br>          Plaintiffs,<br><br>vs.<br><br>CARSON HELICOPTERS, INC., an Oregon Corporation; UNITED TECHNOLOGIES CORP., a Delaware Corporation; SIKORSKY AIRCRAFT CORP., a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation, and Does 1 through 100, inclusive,<br><br>          Defendants. | Case No.:  2:08-CV-02756 GB/KM<br><br>**ORDER RE: STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

**ORDER**

The Court, having read and considered the stipulation by and between the parties filed herein on February 6, 2009 requesting that the court continue the Status (Pretrial Scheduling) Conference continues the March 2, 2009 Status (Pretrial Scheduling) Conference is continued to May 4, 2009 at 9:00 a.m. in Department 10.

2/9/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

1
PROPOSED ORDER CONTINUING HEARING DATE
U.S.D.C. Eastern District of California Case No.: 2:08-CV-02756 GB/KM

410799.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing:

1. **STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**

2. **ORDER RE: STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE**

was filed electronically on February 6, 2009, and will, therefore, be served electronically upon:

James W. Hunt, Esq.; Clement L. Glynn, Esq.; James M. Hanlon, Jr., Esq., Stephen Nelson; JoAnne Madden.

Executed, February 6, 2009, at San Diego, California.

/S/ Michael B. Sayre__
Michael B. Sayre
Attorney for Plaintiff
Attorneys for Plaintiffs Richard Charlson, on behalf of the Estate of Scott Charlson, Richard Charlson, individually, Nina Charlson, individually
e-mail: mbs@frantzlawgroup.com