UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLSON, on behalf of THE ESTATE OF SCOTT CHARLSON, RICHARD CHARLSON, individually, NINA CHARLSON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CARSON HELICOPTERS, INC., an Oregon Corporation; UNITED TECHNOLOGIES CORP., a Delaware Corporation; SIKORSKY AIRCRAFT CORP., a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:08-CV-02756 GB/KM<br><br>**STIPULATION AND ORDER CONTINUING THE MAY 4, 2009 STATUS CONFERENCE** |

**IT IS HEREBY STIPULATED THAT:**

WHEREAS, there is pending motion before the Judicial Panel on Multidistrict Litigation concerning this and other cases related to the August 5, 2008 helicopter crash; and

WHEREAS, the parties in this case have been meeting and conferring regarding a stipulation and proposed order to transfer this case to the District of Oregon pursuant to 28 U.S.C. § 1404(a);

ACCORDINGLY, the parties respectfully request that the May 4, 2009 Status Conference be continued 60 days.

| | | |
|---|---|---|
| 1 | Dated: April 20, 2009 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |

Dated: April 20, 2009    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Stephen L. Nelson
STEPHEN L. NELSON
JOANNE MADDEN
Attorneys for Defendant
CARSON HELICOPTERS, INC.

Dated: April 20, 2009    THE BRANDI LAW FIRM

By: /s/ Brian J. Malloy
THOMAS BRANDI
BRIAN MALLOY
Attorneys for Plaintiffs
The Estate of Scott Charlson
Richard Charlson
Nina Charlson

Dated: April 20, 2009    GLYNN & FINLEY, LLP

By: /s/ Clement L. Glynn
CLEMENT L. GLYNN
JAMES M. HANLON, JR.
Attorneys for Defendant General Electric Company

Dated: April 20, 2009    MENDES & MOUNT, LLP

By: /s/ Christopher S. Hickey
JAMES W. HUNT
CHRISTOPHER S. HICKEY
ADAM A. GRABLE
Attorneys for Defendants Sikorsky Aircraft Corporation
and United Technologies Corporation

**ORDER**

The Court has read and considered the stipulation between the parties requesting that the May 4, 2009 Status Conference be continued 60 days.

ACCORDINGLY, it is ordered that the May 4, 2009 Status conference is continued to July 13, 2009 at 9:00 a.m. in Department 10. A joint status report is to be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

Dated: 4/23/09

United States District Judge

I, Brian J. Malloy, am the ECF User whose ID and password are being used to file this Stipulation and Order Continuing the May 4, 2009 Status Conference. I hereby attest that concurrence in the filing of the within document has been obtained from each of the signatories herein.

Dated: April 20, 2009                    THE BRANDI LAW FIRM

                                            By:    /s/ Brian J. Malloy_____
                                                      BRIAN MALLOY
                                                      Attorneys for Plaintiffs
                                                      The Estate of Scott Charlson
                                                      Richard Charlson
                                                      Nina Charlson