UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLSON, on behalf of THE ESTATE OF SCOTT CHARLSON, RICHARD CHARLSON, individually, NINA CHARLSON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CARSON HELICOPTERS, INC., an Oregon Corporation; UNITED TECHNOLOGIES CORP., a Delaware Corporation; SIKORSKY AIRCRAFT CORP., a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:08-CV-02756 GB/KM<br><br>**STIPULATION AND ORDER TRANSFERRING THIS ACTION UNDER 28 U.S.C. § 1404(a) TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, PORTLAND DIVISION** |

**IT IS HEREBY STIPULATED THAT:**

WHEREAS, the Plaintiffs in this action, Richard Charlson and Nina Charlson, reside in the State of Oregon;

WHEREAS, the decedent, Scott Charlson, resided in the State of Oregon at the time of his death;

WHEREAS, there are three related matters pending in the United States District Court for the District of Oregon, Portland Division, *Hammer v. Columbia Helicopters, Inc., et al.*, No. 09-CV-304-HU (D. Oregon), *O'Donnell v. Columbian Helicopters, Inc., et al.*, No. 09-CV-303-BR (D. Oregon), and *Columbia Helicopters, Inc. v. Carson Helicopters, Inc.*, No. 08-CV-6415-AA (D. Oregon); and

WHEREAS, it will serve the conveniences of the parties and the witnesses to have this matter heard in the United States District Court for the District of Oregon, Portland Division,

ACCORDINGLY, for the conveniences of the parties witnesses, and in the interest of justice, the parties request that this matter be transferred under 28 U.S.C. § 1404(a) to the United States District Court for the District of Oregon, Portland Division.

Dated:  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
STEPHEN L. NELSON
JOANNE MADDEN
Attorneys for Defendant
CARSON HELICOPTERS, INC.

Dated:  THE BRANDI LAW FIRM

By: _____
THOMAS BRANDI
BRIAN MALLOY
Attorneys for Plaintiffs
The Estate of Scott Charlson
Richard Charlson
Nina Charlson

Dated:  GLYNN & FINLEY, LLP

By: _____
CLEMENT L. GLYNN
JAMES M. HANLON, JR.
Attorneys for Defendant General Electric Company

Dated:  MENDES & MOUNT, LLP

By: _____
JAMES W. HUNT
CHRISTOPHER S. HICKEY
ADAM A. GRABLE
Attorneys for Defendants Sikorsky Aircraft Corporation
and United Technologies Corporation

**ORDER**

The Court has read and considered the stipulation between the parties requesting that this action be transferred under 28 U.S.C. § 1404(a) to the United States District Court for the District of Oregon, Portland Division.

Based on the facts set forth in the stipulation between the parties and the papers and records on file in this action, the Court finds that it will serve the conveniences of the parties and witnesses, and be in the interest of justice, to transfer this matter to the United States District Court for the District of Oregon, Portland Division.

Accordingly, pursuant to 28 U.S.C. § 1404(a), this action is transferred to the United States District Court for the District of Oregon, Portland Division, for the conveniences of the parties and witnesses, and in the interest of justice.

**IT IS SO ORDERED.**

Dated: 5/5/09

The Honorable Garland Burrell, Jr.
United States District Judge